# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130379(53)(56)

JOANNE ROWLAND, a/k/a
JOAN ROWLAND,
        Plaintiff-Appellee,

v

WASHTENAW COUNTY ROAD
COMMISSION,
        Defendant-Appellant.
_____

SC:    130379
CoA:  253210
Washtenaw CC: 03-000128-NO

      On order of the Chief Justice, the motions by the Michigan Municipal League and others and by the Michigan Trial Lawyers Association for leave to file briefs *amicus curiae* are considered and they are GRANTED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 22, 2006

Clerk